IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Darren Maclin, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| -vs- | ) | No. 11-cv-2986 |
| | ) | |
| Sheriff of Cook County and Cook County, Illinois, | ) | *(Judge Pallmeyer)* |
| | ) | |
| *Defendants.* | ) | |

## RESPONSE TO ORDER OF JUNE 9, 2011

In response to the Court's order of June 9, 2011, plaintiff, by counsel, hereby advises the Court that plaintiff was a prisoner within the meaning of the PLRA and 28 U.S.C. 1915A at the time of the filing of this action.

                                                    Respectfully submitted,

                    /s/   Kenneth N. Flaxman
                           Kenneth N. Flaxman
                           ARDC 830399
                           200 South Michigan Avenue
                           Suite 1240
                           Chicago, Illinois 60604
                           (312) 427-3200

                           *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Richard Contron, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)